## ATTORNEY'S LIEN

    The Law Firm of DiCello Levitt, LLP, hereby gives notice pursuant to 5 O.S. §6, to the Plaintiffs, **Jane Doe et al**, by and through counsel Rachel L. Bussett that DiCello Levitt is asserting a lien upon Plaintiffs' cause of action or counterclaim asserted in case **22-cv-992-R, Doe et al v. Mount St. Mary High School et al, Western District of Oklahoma**. The lien shall attach to any verdict, report, decision, finding or judgment and the proceeds thereof, in Plaintiffs' favor **for costs expended in litigation in the amount of $2,474.98 and for attorney's fees in the amount of 25% of the net attorney's fees paid to the Bussett Legal Group, PLLC**, for work performed by the law firm of DiCello Levitt, LLP, during the employment of Rachel Bussett.

Notice of settlement, verdict, distribution, and/or hearing on the same shall be served as follows:

Kenneth Abbarno
DiCello Levitt, LLP
8160 Norton Parkway, Third Floor
Mentor, OH 44077
440-953-8888
kabbarno@dicellolevitt.com

                                      /s/ Kenneth Abbarno
                                      For DiCello Levitt, LLP

## CERTIFICATE OF SERVICE

    The above and foregoing was served via email by agreement on Rachel Bussett at Rachel@BussettLegal.com on May 28, 2025.

                                      /s/ Kenneth Abbarno
                                      Kenneth Abbarno